**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA, | **NOTICE OF SETTLEMENT** |
| Plaintiff, | Case No. 2:18-CV-423-DAK-DBP |
| vs. | Judge Dale A. Kimball |
| EAST BAY SHOPPING CENTER LLC, A Texas Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | |
| Defendants. | |

Plaintiff Linda Suda, by and through her undersigned counsel, hereby gives notice that the parties in this matter have reached a settlement and are in the process of finalizing settlement documents, which should be accomplished imminently. Once complete, the parties will promptly stipulate to dismiss this case.

DATED this 26th day of October, 2018.

             FORD & CRANE PLLC

             /s/ Matthew B. Crane
             Matthew B. Crane (UTB# 13909)
             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 26th day of October, 2018, I caused a true and correct copy of the foregoing NOTICE OF SETTLEMENT to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane